UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Charles B. Day
United States Magistrate Judge

RE: <u>Ray Charles Lockamy v. The Standard Fire Insurance Conpany, et al.</u>
Civil Action No. RWT-13-332

DATE: May 29, 2015

\* \* \* \* \* \* \* \* \*

This matter has been referred to me for discovery matters. Outlined below is my policy which must be followed prior to filing any motion related to a discovery dispute.

No discovery-related motion may be filed unless the moving party has attempted in good faith, but without success, to resolve the dispute and has requested a pre-motion conference with the Court to discuss the dispute informally. The procedure for requesting a pre-motion conference is as follows:

1. Counsel shall notify opposing counsel of their intent to contact my chambers to request a telephone conference at least 24 hours in advance of any request.

2. Counsel requesting such a conference shall check the availability of all counsel and contact my chambers with available dates and times.

3. After a telephone conference has been scheduled, it will be the responsibility of counsel requesting the conference to initiate the call.

4. Counsel shall submit brief letters outlining their respective positions no later than 3:00 p.m. on the day prior to the telephone conference. The letters should not be more than 2 pages.

5. No official record of the conference will be made or permitted.

If the Court does not grant the request for a conference, or if the conference fails to resolve the dispute, then upon approval of the Court, a motion may be filed.

Case 8:13-cv-00332-RWT   Document 97   Filed 05/29/15   Page 2 of 2

Lockamy v. The Standard Fire Ins. Co., et al.
May 29, 2015
Page 2 of 2

      Notwithstanding the informal nature of this memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

                                                   Very truly yours,

                                                   /s/
                                             Charles B. Day
                                             United States Magistrate Judge